IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT LEWIS COVINGTON, JR., )
    Plaintiff, )
     )
    vs. ) Civil Action No. 17-883
     )
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
    Defendant. )

O R D E R

AND NOW, this 22nd day of February, 2018, after the plaintiff, Robert Lewis Covington, Jr., filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing his claim for a period of disability or for disability insurance benefits and supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 13) is denied, defendant's motion for summary judgment (ECF No. 15) is granted and the decision of the Social Security Commissioner is affirmed.

                                              /s/ Joy Flowers Conti
                                              Joy Flowers Conti
                                              United States Chief District Judge